IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
DEBORAH LAUFER, Individually, )
                              )
     Plaintiff,               )
                              )
v.                            )     CASE NO. CV420-279
                              )
FIVE BROTHERS LLC, A Georgia  )
Corporation,                  )
                              )
     Defendant.               )
_____)
```

**O R D E R**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA